# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRA BENDORF, et al., | Case No. CV 11-3877-DSF (SP) |
| Plaintiff, | |
| v. | **ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |
| OJAI BASIN GROUNDWATER MANAGEMENT AGENCY, et al., | |
| Defendant(s). | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has not filed any written Objections to the Report within the time permitted. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that defendants' Motion to Dismiss is granted, defendants' Motion to Strike is denied as moot, and Judgment will be entered dismissing the First Amended Complaint and this action without prejudice.

DATED: 9/4/12

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE