JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRA BENDORF, et al., | Case No. CV 11-3877-DSF (SP) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| OJAI BASIN GROUNDWATER MANAGEMENT AGENCY, et al., | |
| Defendant(s). | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the First Amended Complaint and this action are dismissed without prejudice.

9/4/12
Dated: _____

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE